UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Criminal Action No. 03-0540 |
| ) | (ESH/DAR) |
| DAVID N. BRACLEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court hereby adopts the Report and Recommendation of Magistrate Judge Deborah Robinson filed in the above-captioned case on August 4, 2006.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 15, 2006